Brandy Gebo



April 25, 2024

To Honorable Judge: Paul Barbadoro,

I am writing this letter in support of my son, Justin Gebo, who is currently before your court.

At first when I heard I could write a letter to show good character on behalf of my son, I honestly was lost for words, how does a mother not be or feel like I'm being bias, It took me a little bit but then I thought about all the things he really has done in his short lifetime, I was a teen mom with him and his siblings, We all have struggles, wondering if I raised him right or the best as I could because of his actions and choices he is where he is now. Looking back, I wouldn't change anything, I just tried to look at everything as from an outsider's point of view.

He has always been active, curious, and whole heartedly caring/loving. He would put others first, his teachers always had positive comments regarding Justin helping classmates and providing a friendship amongst them. Growing up he played football from a young age, Peewee town teams up to high school, He was always a team player and provided guidance in the game and to the other players.

It was a proud mom moment when he asked for his father's and I permission in a career in the military, as he was only 17 when he signed up for the national guard, He proceeded going to trainings on the weekends and school vacations until he graduated and turned 18, he then proceeded onto boot camp in Georgia to continue his commitment to serving his country. An unforeseen health complication had been discovered requiring him to leave and pursue something else for his future.

Even into adult hood without hesitation he still is reliable, and generous to support those in need. He will gather friends and resources to whatever the problem to assistance you. He has always been a positive person, looking at the bright side of things in any scenario. Justin approaches every challenge with determination and a can-do attitude, and his willingness to lend a helping hand speaks volumes about his character.

Justin as anyone else has had his moments in life not making good choices, But I do feel not just as his mother that he has learned from his mistakes and choices, Just from listening to him talk differently now, the different advice he has given me with what he has learned during this past year, I have seen a change in his maturity, still a positive attitude with everything he is going through and with guidance he gives his brother and sister. The other big change I have seen in him is accepting the responsibility of his girlfriends now 2 and half year old son, He has been with her for over a year now, unfortunately he has missed out on physically being there for her and her son, who Justin considers to be his son, ███ calls him daddy and our family has embraced Rachel and ███ into our family as Justins siblings consider him their nephew and he is my grandson, The video calls have helped with keeping Justin in ███ life as best he can. I know Justin not only wants to have a better future for himself but to also be the best

role model and parent ▇▇▇ needs as well as being with his family in general. He is surrounded by a loving network of family and friends who stand by him unconditionally.

He has a great future, life, family, a home, and a job waiting for him to come home to as soon as he can.

I hope you consider the entirety of Justin's character and the positive contributions he can make when deliberating his case.

Thank you for your time and attention to this matter. Should you require any further information or clarification, please do not hesitate to contact me.

Sincerely,

*Brandy Gebo*

Judge Barbadoro

I I have known Justin for a little over ten years, since we were just out of high school we have always had mutual friends , I always heard how amazing of a person he was, and all the kind things he would go out of his way for everyone to do. Up until about two years ago when him and I became very close , I heard about hard times he was going through and I reached out to him to see if I could help in anyway , and he just would thank me and tell me he appreciated me for checking up but he was always okay .We started to hang out randomly and became a little closer and then things in my life started happening , my grandmother started to get dementia , my mother was diagnosed with cancer all within two months of each other and I became very lost in life.

Justin and I started talking more and more about 'life' and giving each other advice on how to make it through the hard things a little easier … when I needed things done on my car , Justin would be the one to help me and come pick my vehicle up during my work hours so I wouldn't have to worry about my car breaking down on the way to get my son or having to try to crunch time together between work and everyday things I didn't really have the time to do … He went out of his way to make sure that everything was picked up as far as parts etc … he's always gone out of his way to make sure not only I was safe but my son was too .. that was the first few months we had started to become close I realized that maybe not everyone was out to get me in this world , that real people that genuinely care do still exist. We spent a lot of time with just him and I rapidly but we also spent a lot of time with my son who was just barely 1 when Justin met him . He always would make sure everything we did my son could come too.

Then one day I remember getting the phone call from my aunt about my grandmother getting pretty bad , that I should really make a trip to California to go see her and I was scared to go alone , I hadn't seen that part of my family since before I was a teen … I didn't want to go alone to face this , so I asked Justin to come with me . With no hesitation he said yes ! We went through all the steps to allow our Probation officer to let us travel together out there with the three of us ( Justin , my son , myself ) for a week . He made the entire experience so much easier to deal with , he helped with Jaxzen throughout the plane ride , sat with me and shared laughs with my family who I hadn't seen for years … with no hesitation to just be there with me .

A week after we got back from that trip , I got a call that my mother was in ICU and not gonna make it . I called him crying and could barely speak on what I

had just heard , Justin picked up the phone heard me crying and said 'I'll be right there ' and showed up to my house 15 minutes later .. and didn't leave my side through the entire thing , he again went out of his way to ask probation to be able to travel with me again , but this time it was different. He knew he was coming with me to do one of the most terrifying things a girl could have to do . I had to say bye to my mom and he didn't hesitate for one second to be right by my side while i had to. He sat right outside the room of a women he never met a day in his life, surrounded by my family going in an out of the hospital, texted me the entire time telling me it was gonna be okay , send me pictures of him outside of the door to remind me that I wasn't alone , helped my father find his way through the hospital when he needed just a breath of fresh air for a few minutes during the hours we were sitting in the ICU .

Justin never left . Justin did everything he possibly could to make everyone in my family smile through the hardest time in our life thus far .

I guess my point is here that the world is a better place with people like him around .

Here we are a year into this incarceration, he still calls every single day to make sure my son and I are happy and okay , my son calls him 'daddy Justin '

Justin is constantly still trying to do everything he can throughout words and wisdom to help us know everything will be okay no matter what , countless friends ask how he is and tell me how good of a guy he is . They share story's of all the good that he did for them . I spend a lot of time with his family as we go through this and they too have so many things to share on how Justin is/was the glue that holds them together.

Justin has made such a positive impact on so many people in this life , I hope you too can see the better side of him and with a kind heart give him another chance too do even better and take this lesson on how quick everything can be taken away , too everything that he can take from it .

We miss him , and his bright smile and kind heart. He would give the shirt off his back to whoever needed it , as long as he has the chance .


- Rachel McMurray
o

4/29/2024

To whom it may concern,

    My name is Shawn Hill I am a close friend of Justin. I am writing you today so you can hava brief idea of the person that is Justin Gebo beyond the paper work and reports. Justin is a loving caring young man who has a heart of gold. He is always trying to get a smile from the next person. Justin has a exceptional support system and many people who love him support him and want the best for him. Justin is hardworking goal driven and has more ambition than almost anyone I've ever met. Justin has put a lot of effort into becoming a better person. While at his stay in Strafford county he participated in the therapeutic community program along with parenting class a 12 week drug and alcohol class a healthy relationships class Alcoholics anonymous and narcotics anonymous along with digital classes on cypher works and edovo. Justin has never been to prison and only had one or two very minor short stays in a county jail. He certainly is not a violent or dangerous young man. Justin is still a very young man and I ask you to please consider everything I've written in this letter and have mercy on him. Everyone deserves a 2nd chance at life and I know if you were generous with him he would make sure to be a healthy responsible law abiding member of society.

        With my respects,
           Shawn Hill

Rita Riley



March, 27 2024

To Whom it May Concern,

I am writing this letter in support of my cousin, Justin Gebo, who is currently before your court. As someone who has known Justin for the entirety of his life, I wholeheartedly stand by his character.

From the earliest years of Justin's life, I have had the privilege of witnessing his growth and development firsthand. As a child, he was rambunctious, curious, and remarkably loving. His adventurous spirit and boundless curiosity made him a joy to be around.

As Justin and I grew older, our paths diverged, and we did not have the opportunity to see each other as frequently. However, whenever we did reconnect, it was as if no time had passed at all. Justin's unwavering capacity for love and his genuine enthusiasm for life never diminished. I was immensely proud when he pursued a career in the military, demonstrating his commitment to serving his country. Sadly, unforeseen health complications thwarted his aspirations, but Justin's resilience remained undiminished.

In recent years, I have had occasionally called upon Justin for assistance with various tasks, such as moving help for myself or his mother. Without hesitation, he rallied a group of friends and mobilized resources to help, demonstrating his reliability, generosity, and willingness to support those in need. Justin approaches every challenge with determination and a can-do attitude, and his willingness to lend a helping hand speaks volumes about his character.

Like all of us, Justin has faced his fair share of ups and downs in life. However, throughout every trial and tribulation, he has remained steadfast in his commitment to bettering himself and those around him. Justin possesses a heart of gold and is surrounded by a loving network of family and friends who stand by him unconditionally.

I firmly believe that Justin has the potential to become an even greater asset to his community if given the opportunity. He has demonstrated growth, maturity, and a genuine desire to be an upstanding citizen. I urge you to consider the entirety of Justin's character and the positive contributions he can make when deliberating his case.

Thank you for your time and attention to this matter. Should you require any further information or clarification, please do not hesitate to contact me.

Sincerely,

*Rita Riley*

James Weatherbee
[redacted]

04-27-2024

To whom it may concern I am writing this letter in support of my longtime friend Justin gebo.

Justin gebo has always been an upright character in the community. In our friendship of 20yrs He has always been there for me. Especially when the company I worked for had went bank rupt and had to close. He made it a point to be there and show a significant amount of support during a sudden and arduous job search. It was Justin gebo that was a source of camaraderie for both me and my family. He has truly been a good friend over the years.

In addition to our friendship. He is also an uncle figure to my children as my son loves to play basket ball with Justin. And my daughter loves to play tag with him.

It is my sincere hope the court takes this letter into consideration. Despite the current case I still believe Justin gebo to be an honorable individual, a valuable member of the community, and a good human being

Sincerely

James [signature]

James Weatherbee

Deborah Gebo



To: The Honorable Judge Barbadoro

RE: Justin Gebo

Thank you for the opportunity to express my thoughts concerning my Stepson Justin Gebo character. I have watched Justin grow from an energetic young boy into a thoughtful and giving young man. Justin has a huge heart and family and loved ones are everything to him. When mistakes are made that affect the people that he cares about Justin will do whatever it takes to accept responsibility and repair any damages that he has caused.

Justin is a bright intelligent young man who has made bad choices but is always sure to learn from them and no repeat them in the future .

I believe that Justin has so much to contribute to society as a positive influence, and with your consideration and family support Justin will be able to prove this to be true.

Justin has made bad choices and he know and accepts responsibility for those mistakes. I believe it would benefit not only Justin but Society as well for him to provide volunteer work with some youth programs rather than serving more time away from society .

Thank you for your time and allowing me to provide my thoughts to you.

Sincerely yours

*Deborah Gebo*

Deborah Gebo

Daniel R Gebo

▉

RE: Justin Gebo

04/04/2024

To The Honorable Judge: Paul Barbadoro

Thank you for allowing me to provide you with a character reference letter for my son, Justin Gebo, who is appearing before your court due to gun related charges. Justin Gebo is a person of good moral character with a good heart. I have tried to be a good moral character and a positive role model for my son Justin Gebo for 29 years, during this time, Justin has always been willing to go the extra mile in helping everyone around him whether it was him assisting fellow classmates afterschool looking for some extra help, working in a team atmosphere in accomplishing the winning touch downs from the early Pee Wee football association through grade12 high school football team, Volunteering / Donating his time for a whole summer to a charity event known as "Dare Me For Charity Bag Jump", to taking his grandmother to the store to get needed groceries.

While raising Justin Gebo along with his older brother and younger sister, he has seen and has been taught how one that what works hard, one that believes in oneself, one having integrity, accountability and being a positive role model in society can lead to great success. I have seen Justin Gebo exhibit these types of behaviors and work ethics as to where I was confident in his abilities and behaviors to be a co-signer for a car note that he needed to transport back and forth to employment, not once did he miss a payment during the four-year loan note.

Justin Gebo and I have both seen together his greats, his goods and bads, the ups and the downs, as well as the joys and sorrows in life but nonetheless, I am convinced that he is a decent person at the core. He just simply needs more people to believe in him so that he can become the person I know he can be.

I strongly believe in Justin Gebo. Yes, I agree he has made mistakes, but he has shared with me that he is incredibly remorseful and is willing to do whatever it takes to make reparations, financially and emotionally not only to himself, but to rectify the relationships he has spoiled among his siblings due to his poor decision making, But to do that, he needs you to give him an opportunity to have a second chance. I realize that Justin Gebo broke the law and I do not believe that he should go without some type of consequence.

I just hope you will recognize the power you yield regarding the future of my son, Justin Gebo, and make a fair and final decision.

Thank you for your valuable time in listening to me.

Highest Regards,

Daniel R. Gebo

Trevor Bouchard



April 20, 2024

To Whom it may concern,

I Trevor Bpuchard, a great friend of Justin Gebo for 13 years is writing this letter in support of the good character and to show my support of him.

Justin has always been ther for me and my kids in a time of need. We did everything together, I consider him a brother and an uncle to my children.

When I was in need of a sitter while I went to work he was there, when my car broke down and my dad needed to be picked up from the airport, he was there, He was there when my best friend passed away to help me get through the hard and darkest times. He is truly a person that will give you the shirt and shoes off of his body.

I have witnessed him help a girl with her child on the side of the road to help her get out of traffic when her car broke down, with out hesitation.

I know we are not all perfect and I know he has had his ups and downs as well, but I have noticed a diffrence in just the way he talks now, the goals he has when he comes home, the father he wants to be his (stepson) Jaxzen, He wants the future to have the family he can provide for, His girl friend Rachel I know has been a great suport for him aswell.

Thank you for your time and attention I hope you consider the entirety of Justin's character and the positive contributions he can make when deliberating his case.

Sincerely,

**Trevor Bouchard**

Dana Gebo



April 26, 2024

To the honorable Judge Barbadoro,

I am writing this letter in support of my brother Justin Gebo, who is before your court. I stand by Justin and will always support him.

After I graduated from high school I kind of had a rough path for multiple years, Justin was always pushing me to get out of hell and always gave me jobs, multiple places to stay to get better. I saw he had it all and life wasn't bad. So, I went to the friendship house in Bethlehem, NH and graduated after the 60-day program, been clean and happy ever since. He was the first one once again gave me a spot to stay and find a job at superior fencing and have been working there ever since. I have 5 years clean since September.

But since we were kids, we've been very closer, played sports together, always outside having our friends over. In school he had everyone as friends because he played sports, very nice to anyone, wanted to help anyone, we did everything together, and still do. Family is everything and very important to us all.

This past year has been hard for us, but with his girlfriend Rachel and her child, (he considers his son) Jaxzen being a big support through all this, Jaxzen keeps us focused and wanting to have fun and have the best life he can have.

I can see with Justin that he wants and is going to do right, and just wants to focus on himself, having a job, being there for Jaxzen and Rachel. He's always worked, never been without a job, I can hear in his voice he's ready to come home, and his head is clear and in a better place, state of mind.

He has a ton of support in the real world, He has not wasted this past year, he has done a lot of programs and graduated them.

Thank you for your time and attention in this matter, should you require any further information or clarification, please do not hesitate to contact me.

Sincerely,

*Dana Gebo*



# Other People's Property Maintenance LLC
PO Box 416 Ashland, NH 03217   oppmaintenancellc@gmail.com

Monique (603)707-9438

To whom it may concern,

Justin Gebo worked for Other People's property Maintenance LLC in the past. I will be hiring him once he gets out on probation. He did many different landscape jobs. He also has worked for my construction business in the past J E Perkins Building and Construction LLC. Justin is a very hard worker and is well liked in the company. I will meet with anyone that needs to speak to me about any concerns or probation rules that need to be followed.

Monique Bezanson-Perkins

Other People's Property Maintenance LLC

Dear Judge Barbadoro,

April 26 2024

  My Name is Jonathan Cook. I am The owner of Three Lakes Builders LLC, a well respected construction company in the Lakes Region, NH. I am a long time friend of Justin Gebo. I am writing this letter to give you my opinion of Mr. Gebos personal character  I have known Justin since we were young kids, but we became very good friends in high school  He and I were in similar classes in school and both hung out with the same people outside of school. Our senior year of high school we attended an alternative school near our high school for kids who didn't do well in a normal classroom setting or had trouble learning in normal school. Our schedules were opposite of eachother so in the morning Justin would pick me up and drive me and my younger brother to school. In the afternoon I had free periods and would have to go back to the school and work in the library or in another classroom. Often I would find myself roaming the halls or something and wind up getting in trouble because I couldn't leave school  Justin ended up letting me borrow his car as I didn't have one to be able to go home during those free periods and work so that there was no worry of having to co exist in the school  Undoubtedly that saved me from im sure a few write ups  detentions  etc allowing me to be able to graduate. As we graduated and moved on to our life as adults Justin and I wound up living next door to each other for a couple of years in an apartment building in Belmont NH. Justin always had random friends of ours over staying the night or the week because they had nowhere to go or couldn't afford to live on their own  including my own father who has struggled with substance abuse his entire life and is currently 10 months sober on the 19th of May 2024  partially due to an honest conversation with Justin about the choices my father has made that led him to where he is currently  He was always willing to lend money, time, or an ear to anyone in need. Justin is the type of person to sacrifice his own well being for others and that I think has often put him in a position to make unhealthy choices in life  I could give you many examples of the good person that Justin is  surely he has made questionable decisions in his life as many of us have, but just has a big heart and is incredibly intelligent  He has so much potential should he choose to focus his efforts in the correct direction I think that the time Justin has spent in the position he is in right now has allowed him to really reflect on his life choices and made him realize that potential and given him the proper motivation to live an honest life and make the right choices moving forward

Sincerely  Jonathan Cook

April 28th 2024

To whom it may concern,

I met Justin in 2020 as he was friends with my now fiancé, Jon. He was also our neighbor for a period of time where we communicated on a regular basis. This letter serves to vouch for Justin's ability to lawfully function in society as well as provide a statement advocating for him as an individual.

Though Justin has made choices which reflect poorly on him, I believe he has realized the risks taken were mistakes and would make choices to ensure success in the future. The way he is portrayed as an individual or his ability to cause harm is inaccurate. Justin is a good person, who has had lots of relationships with many people because he is enjoyable to be around, and a supportive friend. Justin has many goals and aspirations in life, and frequently displays kindness to others. Based on my perspective; In hopes to remove cards stacked again him, Justin made decisions which at the time may have felt necessary. Justin has verbalized his regret, and expressed understanding of how things will need to be different in the future.

Thank you for your time,
Kaylee Burns